UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MICHELLE HODGDON,
Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

3:18-cv-00088-MO

ORDER

It is hereby ORDERED that attorney fees in the amount of $2,283.35 shall be awarded to
Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be
paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies
for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in
*Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and
mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland,
OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt
shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

DATED this 19 day of April , 2019.

Michael W. Mosman
United States District Court Judge